**08 CV 03299**
**JUDGE BUCHWALD**

RECEIVED
APR 02 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

REMA FOODS, INC.

        Plaintiff,

- against -

AIG GLOBAL MARINE etc et al.

        Defendants.
-----------------------------------------------------------X

**08 Civ.**

**FRCP RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, REMA FOODS, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Rema Foods, Inc. is a privately owned company with no publicly traded parents, affiliates or subsidiaries.

Dated: New York, New York
       April 2, 2008

                                        CASEY & BARNETT, LLC
                                        Attorneys for Plaintiff

                             By: _____
                                   Martin F. Casey (MFC-1415)
                                   317 Madison Avenue, 21st Floor
                                   New York, New York 10017
                                   (212) 286-0225