UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

REMA FOODS, INC.                                   08 Civ. 3299 (NRB)

         Plaintiff,
                                      **RETURN OF SERVICE**

   - against -

AIG GLOBAL MARINE, a division of
American International Group, Inc.; and
RLI INSURANCE COMPANY, a division of
American International Group, Inc.

         Defendants.
------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by David Goldberg declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Allen Eisenberg on behalf of defendant AIG Global Marine on July 8, 2008.

Dated: New York, New York
       July 15, 2008
       301-01

                                                  CASEY & BARNETT, LLC
                                                  Attorneys for Plaintiff

                              By: _____
                                          Martin F. Casey (MFC-1415)
                                          317 Madison Avenue, 21st Floor
                                          New York, New York 10017
                                          (212) 286-0225

| | |
|---|---|
| REMA FOODS, INC. | Index #: 08 CV 03299 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| AIG GLOBAL MARINE ETC ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 8, 2008 at 02:34 PM at

70 PINE STREET
NEW YORK, NY10270

deponent served the within true copy of the SUMMONS & COMPLAINT on AIG GLOBAL MARINE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to ALLAN EISENBERG personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 45 | 5'10 | 180 |

Sworn to me on: July 9, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 572691