```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
REMA FOODS, INC.

    Plaintiff,

  - against -

AIG GLOBAL MARINE etc et al.

    Defendants.
------------------------------------------------------X

08 cv 3299 (NRB)

**NOTICE AND ORDER OF PARTIAL VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action as against Defendant, RLI INSURANCE COMPANY, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

    **IT IS FURTHER NOTICED** that the action shall remain in full force and effect as against the remaining defendant AIG GLOBAL MARINE.

Dated: New York, New York
       July 22, 2008

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

      By: *Martin F. Casey*
           Martin F. Casey (MFC-1415)
           317 Madison Avenue, 21st Floor
           New York, New York 10017
           (212) 286-0225

SO ORDERED:

_____
U.S.D.J.

7/24/08