BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
AIG GLOBAL MARINE
355 Lexington Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
REMA FOODS, INC.

     Plaintiff,

  -v-

AIG GLOBAL MARINE, a division of
American International Group, Inc.; and
RLI INSURANCE COMPANY, a division of
American International Group, Inc.

     Defendants.
----------------------------------------------------------X

08 Civ. 3299 (NRB)

**STIPULATION EXTENDING**
**TIME TO ANSWER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant, AIG GLOBAL MARINE, to answer, appear, or otherwise move in this action is hereby extended up to and including August 28, 2008.

  IT IS FURTHER STIPULATED AND AGREED, that this Stipulation is without waiver of any rights or defenses, including (but not limited to) any affirmative defenses.

Dated: New York, New York
   July 28, 2008


CASEY & BARNETT LLC
Attorneys for Plaintiff
REMA FOODS, INC.

*/s/ Christopher M. Schierloh*
~~Martin P. Casey (MPC-1415)~~ (CS-6644)
CHRISTOPHER M. SCHIERLOH
317 Madison Avenue, 21st Floor
New York, New York 10017
Tel: (212) 286-0225

BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
AIG GLOBAL MARINE

*/s/*
Robert J. Brown (RB-9131)
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

SO ORDERED:

*/s/ Naomi Reice Buchwald*
U.S.D.J
8/14/08