BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY
s/i/h/a AIG GLOBAL MARINE
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
REMA FOODS, INC.

               Plaintiff,

   -v-

AIG GLOBAL MARINE, a division of
American International Group, Inc.; and
RLI INSURANCE COMPANY, a division of
American International Group, Inc.

              Defendants.
-------------------------------------------------------X

08 Civ. 3299 (NRB)

**RULE 7.1 STATEMENT**

**Electronically Filed**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant AMERICAN HOME ASSURANCE COMPANY sued incorrectly herein as AIG GLOBAL MARINE (a private non-governmental party) certifies that its parent company is AIG Commercial Insurance Group, Inc.  The immediate parent of AIG Commercial Insurance Group, Inc. is AIG Property and Casualty Group, Inc. and the immediate parent of AIG Property and Casualty Group, Inc., is American International Group.  100% of the stock of American Home Assurance Company is owned by AIG Commercial Insurance Group, Inc.; however, that is not a

publicly held corporation.

Dated: New York, New York
       August 28, 2008

                    BROWN GAVALAS & FROMM LLP
                    Attorneys for Defendant
                    AMERICAN HOME ASSURANCE COMPANY
                    s/i/h/a AIG GLOBAL MARINE

           By:  s/ David H. Fromm
                 Robert J. Brown (RB-9131)
                 David H. Fromm (DH-9334)
                 355 Lexington Avenue
                 New York, New York 10017
                 Tel: (212) 983-8500
                 Fax: (212) 983-5946

TO:

Martin F. Casey, Esq.
CASEY & BARNETT, LLP
Attorneys for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225